**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
THOMAS ALCAMO,

                Plaintiff,                      **JUDGMENT**
     - against -                              CV 19-1800 (JMA)

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-------------------------------------------------------X

      A Stipulation and Order of Remand of the Honorable Joan M. Azrack, United States District Judge, having been filed on December 9, 2019, reversing the Commissioner's final decision; remanding plaintiff's claim for disability insurance benefits protectively filed on November 25, 2015 for further administrative proceedings, and directing the Clerk of the Court to enter judgment in this case, it is

      **ORDERED AND ADJUDGED** that the Commissioner's final decision is reversed; that plaintiff's claim for disability insurance benefits protectively filed on November 25, 2015 is remanded for further administrative proceedings; and that this case is closed.

Dated: December 10, 2019
       Central Islip, New York

                                                                  DOUGLAS C. PALMER
                                                                  CLERK OF THE COURT
                                                          By:    /s/ James J. Toritto
                                                                    Deputy Clerk